WALTER F. FURMAN, Also Known as WALTER F. FORMAN, Respondent, v. JOSEPHINE CZAJKA and Others, Appellants, and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements. All concur. (One order strikes out the amended answer; one order directs plaintiff to show cause why appointment of receiver should not be vacated; one order dismisses defendants' order to show cause and appoints a referee to compute; one order grants judgment of foreclosure.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FLORENCE A. DOW, Respondent, v. MATILDA McCOMBS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to open a default judgment taken against her in an action to recover the amount alleged to be due for services rendered defendant.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOHN P. MURPHY, Respondent, v. GEORGE VITETTA, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion to vacate, a notice of examination before trial in an action to foreclose a bond and mortgage on realty.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of DAISY MARTELL, as Administratrix, etc., of FLORENCE MARTELL, Deceased, to Discover Certain Property of the Said Decedent Claimed to Be Withheld.— Decree affirmed, without costs of this appeal to any party. All concur, except Cunningham, J., not voting. (Decree adjudges respondent to have title to the personalty in his possession, with right to assign and convey in a discovery proceeding.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Estate of J. LEO HILBERT, Deceased.— Decree so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The portion of decree appealed from apportions executors' commissions.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HAZEL B. GERROW, Appellant, v. R. FOREST WILCOX, Individually and as Administrator, etc., of CHARLES A. BEEMAN, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur. (Judgment dismisses complaint and cancels plaintiff's mortgage in a mortgage foreclosure action.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of FRANK JOYCE, Respondent, against HENRY E. BRUCKMAN, Chairman, and Others, Individually, and as Members Constituting the State Liquor Authority of the State of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. [Application under section 588, subdivision 4, of the Civil Practice Act.] Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ. [See 257 App. Div. 795; 258 id. 938; 259 id. 791; 283 N. Y. 778; 284 id. 168.]

In the Matter of the Judicial Settlement of the Account of FIRST TRUST AND DEPOSIT Co. and Others, as the Executors, etc., of THOMAS H. CLERE, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.